UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| UNITED STATES of AMERICA,  ) | |
| ) | |
| Plaintiff/Respondent,  ) | Civil Action No. 7: 13-7290-DCR |
| ) | |
| V.  ) | |
| ) | |
| ANTHONY T. POTTER,  ) | **JUDGMENT** |
| ) | |
| Defendant/Movant.  ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Anthony T. Potter's motion to vacate the sentence and conviction previously entered in Pikeville Criminal Action No. 7: 03-21-DCR [Record No. 58] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2. Judgment is entered favor of Respondent United States of America with respect to all issues raised herein.

3. This habeas proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

This 31st day of July, 2013.

